IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LYNNEL ANTWAN WATKINS**                                                     **PLAINTIFF**

V.                         NO. 4:23-cv-00013-JM-ERE

**GILLIAM**, *et al*.                                                          **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. After careful review of the Recommendation, Mr. Watkin's timely objections, as well as a de novo review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Watkins' claims against the Doe Defendant are DISMISSED, without prejudice, based on his failure to identify and timely serve this Defendant.[1] The Clerk is instructed to terminate John Doe as a party Defendant.

IT IS SO ORDERED, this 1st day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court has previously advised Mr. Watkins that it is his responsibility to provide sufficient identifying information and valid service addresses for each Defendant. If Mr. Watkins is subsequently able to identify this Defendant he may seek leave to amend his pleading to reassert his claims against the Doe Defendant.