# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LYNNEL ANTWAN WATKINS**                                               **PLAINTIFF**

**V.**                       **No. 4:23-cv-00013-ERE**

**GILLIAM,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that all claims asserted in this case are DISMISSED, with prejudice.

The Clerk is directed to close this case.

So Ordered 23 January 2024.

_____
UNITED STATES MAGISTRATE JUDGE